JACKSON WARE v. THE STATE.

No. 8907. Delivered April 22, 1925.

Rape—Special Charges Refused—Practice.

Where special charges are requested and refused, but nothing in the record indicates that they were presented to the court at the proper time, or that any exceptions was reserved to the refusal of the court to give them, nothing is presented for review by this court.

Appeal from the District Court of Bexar County. Tried below before the Hon. W. W. McClory, Judge.

Appeal from a conviction for rape; penalty, five years in the penitentiary.

The opinion states the case.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Bexar County of rape, and his punishment fixed at five years in the penitentiary.

The record is before us without any bills of exception. No brief appears for appellant. The facts support the conclusion of the jury. A girl under the age of consent testified positively to the fact of appellant's repeated intercourse with her. A physician who examined her, testified to corroborative facts. Three special charges were requested, but nothing in the record indicates either of them was presented to the court at the proper time, or that any exception was reserved to the refusal of the court to give them. Exceptions to the main charge also appear, but the matter contained therein does not appear to be erroneous.

The judgment will be affirmed.

*Affirmed.*